

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00384-CR

EX PARTE R. WAYNE JOHNSON

Original Proceeding

October 27, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Relator R. Wayne Johnson, a prison inmate appearing *pro se,* has filed an original proceeding in this court seeking a writ of habeas corpus. The gist of relator's complaint is that prison officials have wrongfully reduced his good-time credit. He seeks our order appointing him counsel and restoring the good-time credit. We will dismiss the proceeding for want of jurisdiction.

"Texas courts of appeals only have habeas jurisdiction in situations where a relator's restraint of liberty arises from a violation of an order, judgment, or decree previously made by a court or judge in a civil case." *In re Reece,* 341 S.W.3d 360, 364 n.3 (Tex. 2011) (orig. proceeding); TEX. GOV'T CODE ANN. § 22.221(d) (West 2004). In other words, a court of appeals does not have original habeas corpus jurisdiction in

criminal law matters. *Ex parte Hawkins,* 885 S.W.2d 586, 588 (Tex. App.—El Paso 1994, orig. proceeding) (per curiam) (citing *Ex parte Lewis,* 663 S.W.2d 153, 154 (Tex. App.—Amarillo 1983, orig. proceeding)). Relator's claimed restraint of liberty concerns eligibility for parole from a criminal sentence of confinement in the penitentiary. We therefore lack habeas jurisdiction. *See In re Welty,* 07-08-0195-CV, 2008 Tex. App. LEXIS 3276, at *2 (Tex. App.—Amarillo May 6, 2008, orig. proceeding) (per curiam, mem. op.) (citing *Ex parte Hawkins,* 885 S.W.2d at 588) (section 22.221(d) "does not grant this Court original jurisdiction to issue a writ of habeas corpus in a criminal proceeding"). Instead, habeas jurisdiction in criminal law matters lies with the court of criminal appeals, the district courts, the county courts or a judge of those courts. TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005).

Relator's petition for writ of habeas corpus is dismissed for want of jurisdiction.


James T. Campbell
Justice


Do not publish.